UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:                                              Case No. 11-20099
MICHAEL FREDERICK BOLGER                            Chapter 13 Bankruptcy
                                                    Hon. Daniel S. Opperman
            Debtor(s)
_____/

**ORDER ALLOWING REINERT AND REINERT'S FIRST APPLICATION FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEY FOR CHAPTER 13 DEBTORS**

The application of REINERT AND REINERT, for allowance of compensation for services rendered in this case from March 4, 2011 to February 25, 2013 as attorney for Chapter 13 debtor, and for reimbursement of out-of-pocket expenses, is hereby allowed in the amount of $2,058.00 compensation and $218.97 expenses for a total amount of $2,276.97, and this amount shall be paid by the Trustee through the Chapter 13 plan.

.

**Signed on May 16, 2013**

                                        /s/ Daniel S. Opperman
                                    Daniel S. Opperman
                                    United States Bankruptcy Judge