UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

          CHAPTER 13 PROCEEDINGS

MICHAEL FREDERICK BOLGER          CASE NUMBER: 11-20099
          HONORABLE: DANIEL S OPPERMAN

          Debtor(s).
_____/

## TRUSTEE'S NOTICE PURSUANT TO LBR 3001-2

      Let all interested parties take notice that the Trustee was served with notice by Selene Finance, a creditor with a filed §1322(b)(5) or (b)(7) proof of claim, of a change in the periodic payments due to this creditor.

Pursuant to Eastern District of Michigan Local Bankruptcy Rule 3001-2 the Chapter 13 Trustee gives the following notice:

The current mortgage payment change effective June 30, 2013 does maintain plan feasibility.


Dated: June 29, 2013          /s/ Thomas W McDonald, Jr.
          Thomas W McDonald Jr.
          Chapter 13 Trustee Office
          3144 Davenport
          Saginaw, Mi 48602
          Telephone (989) 792-6766
          ecf@mcdonald13.org

In the Matter of:

MICHAEL FREDERICK BOLGER

CHAPTER 13 PROCEEDINGS
CASE NUMBER: 11-20099
HONORABLE: DANIEL S OPPERMAN

_____/ Debtor(s)

# TRUSTEE'S CERTIFICATE OF SERVICE

     I hereby certify that on June 29, 2013, I have electronically filed the Chapter 13 Trustee's Notice pursuant to LBR 3001-2(c) with the Clerk of the Court using the ECF system:

     /s/Shirley Barber
     Shirley Barber
     Office of Thomas W. McDonald, Jr.
     Chapter 13 Trustee
     3144 Davenport Avenue
     Saginaw, Michigan 48602
     Telephone: (989) 792-6766
     ecf@mcdonald13.org